AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:16-CR-313-GBL |
| JUSTIN GRAY LIVERMAN (a/k/a "D3F4ULT") | ) | |
| | ) | |
| Defendant | ) | |

FILED IN OPEN COURT
JAN - 6
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/6/17

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Marina Medwin
*Printed name of defendant's attorney*

/s/
_____
Gerald Bruce Lee  *Judge's signature*
United States District Judge
*Judge's printed name and title*

