Date: 1-6-17  Judge: Lee   Reporter: Renecia Wilson
Time: 9:53 To 10:22   Interpreter: ___

UNITED STATES of AMERICA   Case Number: 1:16cr313
                          Conspiracy to commit Identity theft
vs.                       against the United States

Justin Gray Liverman        Maya Song + Joseph Longobardo
Defendant's Name            Counsel for Government

Counsel for Defendant: Marina Medvin, Jason Lederman + Tor Ekeland
                       (local counsel)

Matter called for: ( ) Motions  ( ) Setting Trial Date  ( ) Change of Plea Hrg.  ( ) Rule 35  ( ) Arraignment
( ) Magistrate Appeal  ( ) Sentencing  ( ) Rule 20 & Plea  ( ) Supervised Release Viol. Hrg.
(✓) Pre-Indictment Plea  ( ) Plea  ( ) Other: _____

Defendant appeared: (✓) in person  ( ) failed to Appear  (✓) with Counsel  ( ) without counsel  ( ) through counsel
Filed in open court: (✓) Information  (✓) Plea Agreement  (✓) Statement of Facts  (✓) Waiver of Indictment  ( ) Discovery Order

Arraignment & Plea:
(✓) WFA  ( ) FA  (✓) PG  ( ) PNG  Trial by Jury: ( ) Demanded  (✓) Waived
___ Days to file Motions with Argument on ___ at ___
Defendant entered Plea of Guilty as to Count(s) Count of single count, pending [44] Information — "Conspiracy"  Court Accepted Plea (✓)
Motion for Dismissal of Count(s) ___  ( ) by U.S.  ( ) by Deft.  ( ) Order entered  ( ) To Follow
Defendant directed to USPO for PSI: (✓) Yes  ( ) No
Case continued to May 12, 2017 at 9:00  for: ( ) Jury Trial  ( ) Bench Trial  (✓) Sentencing

Rule 35: US' Rule 35 motion for reduction of sentence ( ) Granted  ( ) Denied;
Sentence of ___ months heretofore imposed is reduced to a term of ___

Probation/Supervised Release Hrg: Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release; Court: ( ) finds  ( ) does not find  defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: ___ Months; ( ) Supervised Release terminated

All Exhibits must be filed with the Clerk ___ days prior to trial.

Bond Set at: $___  ( ) Unsecured  ( ) Surety  ( ) Personal Recognizance
( ) Release Order Entered  ( ) Deft. Remanded  ( ) Deft. Released on Bond  (✓) Deft. Continued on Bond
Defendant is: ( ) In Custody  ( ) Summons Issued  (✓) On Bond  ( ) Warrant Issued  ( ) 1st appearance

Consent Order Forfeiture - entered.
  $15M bond