IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:16-cr-313-GBL |
| | ) |
| JUSTIN GRAY LIVERMAN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS MATTER is before the Court *sua sponte*. Based upon the availability of the Court and the parties, it is hereby

**ORDERED** that the sentencing currently set for May 12, 2017 be continued until Friday, July 28, 2017 at 9 a.m.

**IT IS SO ORDERED.**

ENTERED this 25th day of April, 2017.

Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge