# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Justin LIVERMAN                                  Docket No. 1:16-CR-313

### Petition for Action on Conditions of Pretrial Release

COMES NOW, U.S. PROBATION OFFICER NICOLE R. ANDREWS, presenting an official report upon the conduct of defendant **Justin LIVERMAN** who was placed under pretrial release supervision by the Honorable Theresa Carroll Buchanan, sitting in the court at Alexandria, VA, on 09/13/16, under the following conditions and who was continued on bond by Your Honor on 01/06/17, following his plea hearing.

1. Travel restricted between the ED/VA and North Carolina for court purposes; 2. Avoid all contact with Andrew Otto Boggs and any co-conspirators and or co-defendants; 3. Report to Pretrial Services as directed; 4. Computer monitoring at the direction of Pretrial Services; 5. Internet/computer use is restricted for school related work only; 6. Substance abuse testing and treatment as directed; and 7. Undergo mental health treatment as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

\*The defendant submitted a diluted urine specimen on May 30, 2017 in the Eastern District of North Carolina, which confirmed positive for cocaine.

\*The defendant has pending charges and active warrants out of Carteret County, North Carolina, for Felony Possession of a Schedule II Controlled Substance (Cocaine) and Misdemeanor Possession of Paraphernalia.

PRAYING THAT THE COURT WILL issue a **WARRANT** and that the defendant return to court and be made to show cause why his conditions of release should not be revoked.

| ORDER OF COURT | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 5th day of June, 2017 and ordered filed and made a part of the records in the above case. | Executed on: June 5, 2017 |
| /s/ Gerald Bruce Lee<br>United States District Judge<br>Gerald Bruce Lee<br>U.S. District Judge | Nicole R. Andrews<br>U.S. Probation Officer |