AO 442 (Rev. 01/09) Arrest Warrant

*10155200*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:16-cr-00313-GBL |
| Justin Liverman | ) | |
| Defendant | ) | |

**FILED**
2017 JUL 12 A 10:10
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Justin Liverman,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Pretrial Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See Attached Petition

Date: 06/06/2017

*Issuing officer's signature*

City and state: Alexandria, VA

Lynnelle Creek – Deputy Clerk
*Printed name and title*

RECEIVED UNITED STATES MARSHAL 2017 JUN -6 AM 11:17
EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

---

**Return**

This warrant was received on *(date)* 6/6/17, and the person was arrested on *(date)* 7/12/17
at *(city and state)* New Bern, NC.

Date: 7/12/17

*Arresting officer's signature*

Ally Dustin
*Printed name and title*

FOI N/C