Justin Gray Liverman
Register Number: 62701-056

RECEIVED
MAILROOM

FEB 1 8 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

1:16-CR-313

I would like a copy of my sentencing

transcripts, thank you.


Send to this address:

Justin Liverman
FCI Ft Dix
PO Box 2000
Joint Base MDL, NJ 08640